UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

MATTHEW BREDDER,

                                             Plaintiff,  **NOTICE OF APPEARANCE**

          -against-                                 22 CV 04293 (VSB)

CITY OF NEW YORK, et al.,

                                             Defendants.

-------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **JENNIFER GOLTCHE**, Senior Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Sylvia O. Hinds-Radix, attorney for defendant the City of New York in this action, and requests that all papers and future notifications in this action be served upon the undersigned at the address stated below and copied to ecf@law.nyc.gov.

Dated:        New York, New York
               June 14, 2022

                                                  SYLVIA O. HINDS-RADIX
                                                  Corporation Counsel of the City of New York
                                                  *Attorney for the City of New York*
                                                  100 Church Street
                                                  New York, New York 10007
                                                  (212) 356-2469
                                                  jgoltche@law.nyc.gov

                                        By:    *Jennifer Goltche*

                                                  _____
                                                  JENNIFER GOLTCHE
                                                  Senior Counsel
                                                  Special Federal Litigation Division

cc:      **BY ECF**
           Remy Green, Esq.
           *Attorney for Plaintiff*