| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |
| | GPS and Timestamp: 40.760087299999995, -73.9965746 |
| | 1655218066044 |

| | |
|---|---|
| **Plaintiff / Petitioner:** MATTHEW BREDDER | **AFFIDAVIT OF SERVICE** |
| **Defendant / Respondent:** THE CITY OF NEW YORK ET AL | Index No: 22-CV-04293 |

The undersigned being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Tue, Jun 14 2022 AT 10:47 AM AT 524 WEST 42ND STREET SRG1, NEW YORK, NY 10452 deponent served the within SUMMONS AND COMPLAINT IN ACIVIL ACTION WITH SDNY ECF RULES AND JUDGES INDIVIDUAL RULES AND 160.50 SERVED ON THE CITY on P.O. JUSTIN SCHIVEK

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.
- [X] **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Verkay a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 524 WEST 42ND STREET SRG1, NEW YORK, NY 10452, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Tue, Jun 14 2022 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.
- [X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | |
|---|---|---|---|
| Age: 40 | Ethnicity: Caucasian | Gender: Male | Weight: 180 |
| Height: 5'8" | Hair: Black | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 14th day of June 2022

_____
Mitchell Raider
1450036

_____
Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |
| | GPS and Timestamp: 40.84038359934836, -73.92850757549857 |
| | 1654879956143 |

| | |
|---|---|
| **Plaintiff / Petitioner:** MATTHEW BREDDER | **AFFIDAVIT OF SERVICE** |
| **Defendant / Respondent:** THE CITY OF NEW YORK ET AL | Index No: 22-CV-04293 |

The undersigned being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Fri, Jun 10 2022 AT 12:52 PM AT 1278 Sedgwick Ave SRG2, Bronx, NY 10452 deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTIONWITH SDNY ECF RULES,AND THE JUDGES INDIVIDUAL RULES AND HIPPA on CAPTAIN JULIO DELGADO

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Lieutenant Medina a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 1278 Sedgwick Ave SRG2, Bronx, NY 10452, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Fri, Jun 10 2022 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 40 | Ethnicity: Hispanic | Gender: Male | Weight: 200 |
| Height: 5'9" | Hair: Black | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 14th day of June 2022

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |

GPS and Timestamp: 40.71352858333333, -74.0105771
1654610972132

**Plaintiff / Petitioner:**
MATTHEW BREDDER

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
22-CV-04293

The undersigned being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Tue, Jun 07 2022 AT 10:09 AM AT 100 Church Street, NEW YORK, NY 10007 deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION WITH SDNY ECF RULES, JUDGES INDIVIDUAL RULES HIPAA AND 160.50 on THE CITY OF NEW YORK

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation/Entity:** THE CITY OF NEW YORK a defendant, therein named, by delivering a true copy of each to Lamar Reid personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Clerk thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 30          Ethnicity: African American          Gender: Male          Weight: 170
Height: 5'8"     Hair: Black          Eyes: Brown          Relationship: Clerk
Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 14th day of June 2022

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024