UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MATTHEW BREDDER,

                              Plaintiff,                **NOTICE OF MOTION**

                       -against-                   22-CV-4293 (VSB)

THE CITY OF NEW YORK, NYPD CAPTAIN JULIO
DELGADO; NYPD OFFICER JUSTIN SCHIVEK; AND
NYPD MEMBERS JOHN AND JANE DOES 1-6,

                             Defendants.
------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Transfer Venue, dated August 24, 2022; and upon all prior pleadings and proceedings had herein, Defendants the City of New York, Captain Delgado, and Police Officer Schivek will move this Court, before the Honorable Vernon S. Broderick, at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York, 10007, on a date to be set by the Court, for an order pursuant to 28 U.S.C. § 1404(a) transferring this action to the United States District Court for the Eastern District of New York, together with such other relief as the Court may deem just and proper, on the grounds that this action should have been brought there, and the balance of convenience and justice favors transfer.

       Pursuant to Local Rule 6.1(b) of the United States District Court of the Southern District of New York, plaintiff's opposition to this motion, if any, shall be served by September 7, 2022, and defendants' reply, if any, shall be served by September 14, 2022.

Dated: New York, New York
August 24, 2022

        HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York, Captain Julio Delgado, and Police Officer Justin Schivek*
100 Church Street, Room 3-222
New York, New York 10007
(212) 356-2469
jgoltche@law.nyc.gov

By: *Jennifer Goltche*
_____
Jennifer Goltche
Senior Counsel
Special Federal Litigation Division

To: <u>BY ECF</u>
*All Attorneys of Record*