UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MATTHEW BREDDER,

                              Plaintiff,

                 -against-

THE CITY OF NEW YORK, NYPD CAPTAIN JULIO
DELGADO; NYPD OFFICER JUSTIN SCHIVEK; AND
NYPD MEMBERS JOHN AND JANE DOES 1-6,

                              Defendants.
------------------------------------------------------------------------ x

**NOTICE OF MOTION**

22-CV-4293 (VSB)

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Transfer Venue, dated September 1, 2022; and upon all prior pleadings and proceedings had herein, Defendants the City of New York, Captain Delgado, and Police Officer Schivek will move this Court, before the Honorable Vernon S. Broderick, at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York, 10007, on a date to be set by the Court, for an order pursuant to 28 U.S.C. § 1404(a) transferring this action to the United States District Court for the Eastern District of New York, together with such other relief as the Court may deem just and proper, on the grounds that this action should have been brought there, and the balance of convenience and justice favors transfer.

      Pursuant to Local Rule 6.1(b) of the United States District Court of the Southern District of New York, plaintiff's opposition to this motion, if any, shall be served by September 15, 2022, and defendants' reply, if any, shall be served by September 22, 2022.

Dated:     New York, New York
              September 1, 2022

                                       HON. SYLVIA O. HINDS-RADIX
                                       Corporation Counsel of the City of New York
                                       *Attorney for Defendants City of New York, Captain Julio Delgado, and Police Officer Justin Schivek*
                                       100 Church Street, Room 3-222
                                       New York, New York 10007
                                       (212) 356-2469
                                       jgoltche@law.nyc.gov

                                       By:    */s/ Jennifer Goltche*
                                       _____
                                                Jennifer Goltche
                                                Senior Counsel
                                                Special Federal Litigation Division

To:     <u>BY ECF</u>
            *All Counsel of Record*