

remy green <remy@femmelaw.com>

## Activity in Case 1:22-cv-00588-LDH-SJB Cunningham v. The City of New York et al Order on Motion for Discovery

**ecf_bounces@nyed.uscourts.gov** <ecf_bounces@nyed.uscourts.gov>  Fri, Aug 5, 2022 at 9:40 AM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 8/5/2022 at 9:40 AM EDT and filed on 8/4/2022
**Case Name:**         Cunningham v. The City of New York et al
**Case Number:**    1:22-cv-00588-LDH-SJB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge Sanket J. Bulsara: A telephonic-initial conference was held on 8/04/2022. Plaintiff's counsel ( Remy Green) and Defendant's counsel (Gregory J.O. Accarino) were present. The motions for discovery [17] were resolved as indicated on the record; specifically, the request for bifurcation is denied and the request for coordination is likewise denied. The Court adopts all the deadlines in the parties' proposed Rule 26(f) report (unless otherwise indicated), and those deadlines include: completion of all fact discovery by 3/20/2023; completion of experts discovery by 6/23/2023; the last date to take the first step in dispositive motion practice will be set by District Judge LaShann DeArcy Hall. A settlement conference will be held on 11/10/2022 at 2:00 P.M. in courtroom in 324N before Magistrate Judge Bulsara. All parties must be present. Parties are to submit their respective ex parte settlement positions to the Chambers email address no later than 11/07/2022 at 5:00pm. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference, which is available on the Court's website. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference, which is available on the Court's website.before Magistrate Judge Sanket J. Bulsara.So Ordered by Magistrate Judge Sanket J. Bulsara on 8/4/2022.Minute Order. for proceedings held before Magistrate Judge Sanket J. Bulsara:denying [17] Motion for Discovery; Initial Conference Hearing held on 8/4/2022; ( Discovery due by 3/20/2023., Settlement Conference set for 11/10/2022 02:00 PM in Courtroom 324 North before Magistrate Judge Sanket J. Bulsara.). (FTR Log #4:00-4:20.) (Manson, Eddie)**

**1:22-cv-00588-LDH-SJB Notice has been electronically mailed to:**

Gideon Orion Oliver     gideon@gideonlaw.com

Jessica S. Massimi    jessica.massimi@gmail.com

Remy Green    remy@femmelaw.com, christine@femmelaw.com, protests@femmelaw.com, remygreen@recap.email

Gregory J.O. Accarino    gaccari@law.nyc.gov

Elena Louisa Cohen    elenacohenesq@gmail.com

Maryanne K. Kaishian    mk@femmelaw.com

**1:22-cv-00588-LDH-SJB Notice will not be electronically mailed to:**