UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MATTHEW BREDDER,

                          Plaintiff,

      -against-

CITY OF NEW YORK, et al.

                          Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

22 Civ. 4293

      **PLEASE TAKE NOTICE** that **Omar J. Siddiqi, Esq.**, Senior Counsel, hereby appears as counsel of record on behalf of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York, Schivek, and Delgado.

      **PLEASE ALSO TAKE NOTICE** that from this date forward, future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:  New York, New York
          February 14, 2023

                                **HON. SYLVIA O. HINDS-RADIX**
                                Corporation Counsel of the City of New York
                                *Attorney for Defendants*
                                100 Church Street
                                New York, New York 10007
                                (212) 356-2345

                                By:          /s/
                                            Omar J. Siddiqi
                                          *Senior Counsel*
                                          Special Federal Litigation Division

cc:      All counsel of record (by ECF)