UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MATTHEW BREDDER,

                Plaintiff,

  - against -

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------ X

**NOTICE OF WITHDRAWAL AS COUNSEL**

22-CV-04293 (VSB)

**PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, I, Jennifer Goltche, previously attorney for Defendants City of New York, Julio Delgado, and Justin Schivek hereby withdraw as an attorney of record as I have left my employment with the New York City Law Department. The New York City Law Department will continue to serve as counsel of record to said Defendants in the above-referenced matter, and this matter will be handled by another Assistant Corporation Counsel who has entered a notice of appearance.

    Therefore, I respectfully request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated: New York, New York
       February 23, 2023

                                                  */s/ Jennifer Goltche*
                                                  Jennifer Goltche