UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                      :
MATTHEW BREDDER,                       :

                                   Plaintiff,         :
                                                      :          22-CV-4293 (VSB)
               -against-               :
                                                      :              **ORDER**
CITY OF NEW YORK, NYPD CAPTAIN   :
JULIO DELGADO, NYPD OFFICER JUSTIN :
SCHIVEK, and NYPD MEMBERS JOHN   :
AND JANE DOES 1-6,                       :
                                                       X
                             Defendants.
-------------------------------------------------------

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff commenced this action by filing a complaint on May 25, 2022. (Doc. 1.) On September 1, 2022, Defendants filed a motion to transfer this case to the Eastern District of New York. (the "Motion," Doc. 11.) On September 15, 2022, Plaintiff opposed the Motion. (Docs. 13–14.) On March 31, 2023, I denied the Motion. (Doc. 18.) Accordingly, Defendants are hereby ORDERED to answer or otherwise respond to Plaintiff's Complaint by April 17, 2023. SO ORDERED.

Dated:  April 3, 2023
       New York, New York

                                                           _____
                                                           Vernon S. Broderick
                                                           United States District Judge