```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MATTHEW BREDDER,                                           :
                                                           :
                              Plaintiff,                   :
                                                           :       22-CV-4293 (VSB)
               -against-                                   :
                                                           :             ORDER
                                                           :
CITY OF NEW YORK, NYPD CAPTAIN                             :
JULIO DELGADO, NYPD OFFICER JUSTIN                         :
SCHIVEK, and NYPD MEMBERS JOHN                             :
AND JANE DOES 1-6,                                         :
                                                           :
                              Defendants.                  :
                                                           :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff commenced this action by filing a complaint on May 25, 2022. ("Complaint," Doc. 1.) On September 1, 2022, Defendants filed a motion to transfer this case to the Eastern District of New York. ("Motion," Doc. 11.) On September 15, 2022, Plaintiff opposed the Motion. (Docs. 13–14.) On March 31, 2023, I denied the Motion. (Doc. 18.) On April 3, 2023, I entered an Order directing Defendants to "answer or otherwise respond to Plaintiff's Complaint by April 17, 2023." (Doc. 19.) To date, Defendants have not responded to the Complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 2, 2023. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     April 18, 2023
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge