UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
          :
MATTHEW BREDDER,   :
          :
        Plaintiff,  :
          :        22-CV-4293 (VSB)
   -against-  :
          :        **ORDER OF REFERENCE**
CITY OF NEW YORK, NYPD CAPTAIN  :
JULIO DELGADO, NYPD OFFICER  :
JUSTIN SCHIVEK, and NYPD MEMBERS  :
JOHN AND JANE DOES 1–6,  :
       Defendants.  :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| _X_ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:    April 20, 2023
          New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge