

May 19, 2023

Honorable Vernon S. Broderick
United States District Court, Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, New York 10007

<u>By Electronic Filing.</u>

    Re:    <u>**Bredder v. City of New York, et. al.,** 22-CV-04293 (VSB)(SA)</u>

Dear Judge Broderick:

    I am co-counsel for Plaintiff in the above-captioned matter. I write jointly with Defendants to ask that the Court extend the time to file a joint letter in lieu of an initial pretrial conference in this case. Pursuant to Dkt. 26, a status letter in this matter is to be filed by May 22, 2023. There is a settlement conference in this matter before Magistrate Judge Stewart Aaron on June 28, 2023. The parties have engaged in significant settlement discussions, and are hopeful this matter will be resolved at that conference. We therefore respectfully request until July 5, 2023 to file our joint letter. This is our first request for this relief.

    Thank you for your attention to this matter.

    Respectfully submitted,

    /s/
    _____

Elena L. Cohen
    *Honorific/Pronouns: Ms., she/her/hers*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.