

```
                                    USDC SDNY
                                    DOCUMENT
                                    ELECTRONICALLY FILED
                                    DOC #:_____
                                    DATE FILED: 6/20/2023
```

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

OMAR J. SIDDIQI
*Senior Counsel*
Phone: (212) 356-2345
Fax: (212) 356-3509
osiddiqi@law.nyc.gov

June 20, 2023

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. The settlement conference currently scheduled for June 28, 2023 is adjourned until July 11, 2023 at 2:00 p.m. SO ORDERED.
>
> Dated: June 20, 2023   *[signature]*

Re:   Matthew Bredder v. The City of New York, et al., 22 CV 04293 (VSB) (SDA)

Your Honor:

    I am a Senior Counsel in the office of Sylvia Hinds-Radix, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter on behalf of defendants The City of New York, Captain Julio Delgado and Police Officer Justin Schivek. Defendants write to respectfully request that the Court adjourn the settlement conference currently scheduled for June 28, 2023, and the associated *ex parte* letter deadlines. Defendants have conferred with plaintiff who consents to the instant request.

    The reason for the instant request is that the undersigned did not realize when the conference was scheduled that it conflicts with the major religious observation of Eid al-Adha, which will occur from June 27, 2023 to June 30, 2023. I apologize to the Court for the oversight. The parties would both be available for a settlement conference the week of June 10, 2023, if dates in that week were amenable to the Court.

    For the reason outlined above, defendants respectfully request that the settlement conference be adjourned to the week of July 10, 2023, and that associated deadlines be accordingly adjourned.

Respectfully submitted,

/s/  *Omar J. Siddiqi*
Senior Counsel

To:   BY ECF; *All Counsel of Record*