

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/27/2023_

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

**OMAR J. SIDDIQI**
*Senior Counsel*
Phone: (212) 356-2345
Fax: (212) 356-3509
osiddiqi@law.nyc.gov

June 27, 2023

**BY ECF**
Honorable Stewart D. Aaron
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The settlement conference currently scheduled for July 11, 2023 is adjourned until July 31, 2023 at 10:00 a.m. SO ORDERED.
Dated: June 27, 2023

Re:     Matthew Bredder v. The City of New York, et al., 22 CV 04293 (VSB) (SDA)

Your Honor:

    I am a Senior Counsel in the office of Sylvia Hinds-Radix, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter on behalf of defendants The City of New York, Captain Julio Delgado and Police Officer Justin Schivek. Defendants write to respectfully request that the Court adjourn the settlement conference currently scheduled for July 11, 2023, and the associated *ex parte* letter deadlines. Defendants have conferred with plaintiff who joins in the instant request.

    The reason for the instant request is that the parties jointly have mediations or settlement conferences in other matters on July 10, 2023, and July 18, 2023. Further, the parties are jointly currently engaged in a settlement negotiation pertaining to the Consolidated Summer 2020 Protest Cases which has taken up more time than either party has expected. In order for the parties to prepare for and have adequate authority for a settlement confernece in this matter, they now respectfully request that the Court adjourn the settlement confernce to a date after July 18, 2023. The parties thank the Court for its patience.

Respectfully submitted,

/s/ *Omar J. Siddiqi*
Senior Counsel

To:     BY ECF; *All Counsel of Record*