

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

> APPLICATION GRANTED
> SO ORDERED  /s/ Vernon S. Broderick
> VERNON S. BRODERICK
> U.S.D.J.   7/25/23
>
> The parties shall file a status letter in thirty (30) days apprising the Court on the status of the Sow settlement.

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Matthew Bredder v. The City of New York, et al., 22 CV 04293 (VSB) (SDA)

Your Honor:

    I am a Senior Counsel in the office of Sylvia Hinds-Radix, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter on behalf of defendants The City of New York, Captain Julio Delgado and Police Officer Justin Schivek. The reason for the instant application is that the plaintiff has agreed to dismiss the claims in this matter with prejudice pursuant to a resolution reached in another matter, *Sow et al., v. City, et al.* 21 Civ. 553 (CM) (GWG). Plaintiff, who is a class representative in that matter, has agreed to dismiss the claims in this action with prejudice as a condition of settlement in the Sow matter. The parties are currently waiting for the Court to approve the settlement agreement in the Sow matter. Therefore, the parties respectfully request that the settlement conference and all deadlines be adjourned in this case until Judge McMahon approves the Sow settlement, at which time plaintiff will voluntarily dismiss this matter with prejudice without attorneys' fees, costs, or disbursements to any party.

Respectfully submitted,

/s/ *Omar J. Siddiqi*
Senior Counsel

To:   BY ECF: *All Counsel of Record*