```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
 MATTHEW BREDDER,                                       :
                                                        :
                                    Plaintiff,          :
                                                        :          22-CV-4293 (VSB)
                  -against-                             :
                                                        :              ORDER
                                                        :
 CITY OF NEW YORK, NYPD CAPTAIN                         :
 JULIO DELGADO, NYPD OFFICER JUSTIN                     :
 SCHIVEK, and NYPD MEMBERS JOHN                         :
 AND JANE DOES 1-6,                                     :
                                                        :
                                    Defendants.         :
--------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 24, 2023, Defendants filed a letter on behalf of all parties requesting that all deadlines be adjourned in this case pending the approval of a settlement agreement in another matter. (Doc. 33.) On July 25, 2023, I granted the parties' request and ordered that the parties were to file a status letter in thirty days apprising me of the status of the pending settlement agreement. (Doc. 34.) To date, the parties have not filed a status update. Accordingly, the parties are ordered to comply with Doc. 34 and file a status update on or before September 11, 2023.

SO ORDERED.

Dated: September 5, 2023
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge