

September 7, 2023

Honorable Vernon S. Broderick
United States District Court, Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, New York 10007

By Electronic Filing

>   Re:   **Bredder v. City of New York, et. al., 22-CV-04293 (VSB)(SA)**

Dear Judge Broderick:

  I am co-counsel for Plaintiff in the above-captioned matter. I write jointly with Defendants to provide a status letter, pursuant to Dkt. 35. The Plaintiff's settlement is tied to the class-action settlement for *Sow et. al., v. The City of New York* (22-CV-005330), where he is also a named Plaintiff. The timeline for the *Sow* matter is included in the attached Amended Stipulation of Settlement & Order, at pages 3-5. The Stipulation & Order states that payment by the City of the Class Representatives service awards and/or Settlement Amounts for named Plaintiffs will occur 90 Days after the Final Approval Date. The Final Approval Date will be some point after the Final Hearing Date, which is scheduled for February 22, 2024. Therefore, this case will be dismissed at some point after February 22, 2024 (assuming that the class action settlement is approved).

  Thank you for your attention to this matter.

Respectfully submitted,

/s/
_____
Elena L. Cohen
Cohen&Green P.L.L.C.
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

Enclosures.

cc:
All relevant parties by electronic filing.